David E. Stanley (SBN 144025)
Email:   dstanley@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants Astora Women's Health, LLC (f/k/a American Medical Systems, Inc.), American Medical Systems Holdings, Inc., Endo Pharmaceuticals, Inc. and Endo Pharmaceuticals Holdings, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES COMPEAN,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., AMERICAN MEDICAL SYSTEMS HOLDINGS, INC., ASTORA WOMEN'S HEALTH, LLC, ENDO PHARMACEUTICALS, INC., ENDO PHARMACEUTICALS HOLDINGS, INC., and ENDO HEALTH SOLUTIONS, INC. and BOSTON SCIENTIFIC CORPORATION,<br><br>            Defendants. | Case No.  5:21-cv-00540-JWH-KKx<br><br>**NOTICE OF SETTLEMENT PURSUANT TO L.R. 40-2**<br><br>Honorable John W. Holcomb |

PLEASE TAKE NOTICE THAT Plaintiff Dolores Compean and Defendants Astora Women's Health, LLC (f/k/a American Medical Systems, Inc.), American Medical Systems Holdings, Inc., Endo Pharmaceuticals, Inc. and Endo Pharmaceuticals Holdings, Inc have reached a settlement in principle. The Parties anticipate filing a Stipulation of Dismissal within ninety (90) days, or will otherwise update the Court regarding the status of the settlement at that time.

In light of the settlement, the Parties jointly request that (1) the Court vacate all briefing deadlines set forth in the Court's August 23, 2021 Order Permitting Filing of Second Amended Complaint and to Extend Time For Defendants to Answer Second Amended Complaint and (2) set the matter for an Order to Show Cause Re Dismissal for a date on or after November 23, 2021.

DATED: August 24, 2021    **COOPER & SCULLY, P.C.**

By: /s/ Alan Law
Alan Law
Attorneys for Plaintiff Dolores Compean

DATED: August 24, 2021    **POTTS LAW FIRM**

By: /s/ Nathaniel K. Scearcy
Nathaniel K. Scearcy
(*pro hac vice* pending)
Attorneys for Plaintiff Dolores Compean

DATED: August 24, 2021    **REED SMITH LLP**

By: /s/ David E. Stanley
David E. Stanley
Attorneys for Defendants Astora Women's Health, LLC (f/k/a American Medical Systems, Inc.), et al.